## UNITED STATES of America, Plaintiff-Appellee,

v.

## Demond BAKER, Defendant-Appellant.

### No. 16-3325

United States Court of Appeals, Sixth Circuit.

Decided and Filed: July 12, 2017

Before: KEITH, BATCHELDER, and McKEAGUE, Circuit Judges.

## ORDER

ALICE M. BATCHELDER, Circuit Judge.

In light of the parties' joint motion to vacate the May 30, 2017, panel decision and remand for *de novo* resentencing, we hereby VACATE our prior decision and

REMAND this matter to the district court for the purpose of vacating Defendant-Appellant's sentence and for further proceedings consistent with this order.